# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| PNC BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  4:12-CV-01368-JAR |
| ) | |
| HEYER-MURPHY, LLC and STEPHEN ) | |
| C. MURPHY, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM**

COMES NOW First Rockford Group, Inc., by and through the undersigned counsel, and states that it has prepared and transmitted its March 2013 Report of Receiver to Defendants Heyer-Murphy, LLC and Stephen C. Murphy on this 18th day of April 2013 pursuant to the Order Appointing Receiver entered by the Court on or about November 19, 2012.  Pursuant to the Court's November 19, 2012 Order, Defendants may file with the Court objections to the report within fourteen (14) days of the date the report is served to them.

**HINSHAW & CULBERTSON LLP**

By: _____/s/ John Mark Hongs_____
JOHN MARK HONGS  #54083MO
701 Market Street, Suite 1300
St. Louis, MO 63101-1843
P: 314-241-2600
F: 314-241-7428
jhongs@hinshawlaw.com
ATTORNEYS FOR THE RECEIVER,
FIRST ROCKFORD GROUP, INC.

12561248v1 0939319

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing document was served by electronic service through the ECF system on all counsel of record on this 18th day of April 2013:

| | |
|---|---|
| Ms. Wendy Alper-Pressman, Esq. | Mr. Joseph F. Devereux, Esq. |
| **Lathrop & Gage LLP** | **Devereux Murphy LLC** |
| 7701 Forsyth Blvd., Suite 400 | 190 Carondelet Plaza, Suite 1100 |
| St. Louis, MO  63105 | St. Louis, MO  63105 |
| P: (314) 613-2800 | P: (314) 721-1516 |
| F: (314) 613-2801 | F: (314) 721-4434 |
| wpressman@lathropgage.com | jfdevereuxjr@devereuxmurphy.com |
| *Attorneys for Plaintiff PNC Bank, National Association* | *Attorneys for Defendants Heyer-Murphy, LLC and Stephen C. Murphy* |

/s/ John Mark Hongs

12561248v1  0939319