UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, N.A., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 4:12-CV-1368-JAR ) |
| HEYER-MURPHY, LLC and STEPHEN C. MURPHY, | ) ) ) |
|     Defendants. | ) ) |

### REPORT OF RECEIVER

Now Comes First Rockford Group, Inc. (the "Receiver"), by and through its in-house counsel, PaTricia E. Gibbs, and, pursuant to the Order Granting Possession and Appointing Receiver ("Appointing Order") entered by the Court herein on November 19, 2012, makes the following report (the "Report") concerning that certain improved real property commonly known as 5035 26th Avenue, Rockford, IL (the "Property.")

1. **PHYSICAL CONDITION.** A "drive-by review" was again indicated and undertaken given the Property's status as wholly leased to an on-going, operational business. No material problems or changes were observed.

2. **BROKERAGE.** A full accounting of the first thirty days' activities of the broker is attached as Exhibit "A." The broker further reports the market area where the Property is located has a surplus industrial properties in equal or better condition and age to that of the subject Property. Additionally, most candidates for industrial property acquisitions are seeking building features (such as high bays) which are not available at this location. Nonetheless, because the Property has received virtually no inquiries, the broker recommends expanding exposure by co-

brokering with Steve Clark ("Clark") of Doyle, Woodhouse & Moore. Clark has additional contact in the marketing of industrial properties and is skilled and experienced in leasing such properties the Rockford, Illinois area. Co-brokering with Clark will not impact the brokerage fees, and Receiver recommends this undertaking.

3. **INCOME/EXPENSE**.  No unusual items of income or expense were presented to the Receiver or required attention during the preceding month. Income and expenses are as stated below from March 18, 2013 to April 18, 2013:

| Income | Detail | Expense | Detail |
|---|---|---|---|
| $12,503.50 | (Base Rental) | | |
| | | $ 336.00 | (Local Counsel) |
| | | 91.80 | (2 Hr. Property Management) |
| | | $500.00 | (Receiver Fee) |
| | | **$ 927.80** | **Total Expenses** |
| **$11,575.70** | (To be Remitted to Plaintiff for Mortgage Application.) | | |

1.1. **Payments.** Following the passage of 14 days from the last Receiver's Report, the Receiver remitted the expenses and to the parties identified therein, including a payment to the Plaintiff in the amount $11,167.64. Following approval of this report, the Expenses described above will be paid, and the balance of funds will be remitted to the Plaintiff as provided for in the order appointing Receiver.

2. **RECOMMENDATIONS AND APPROVALS.**  Other than as stated above, the Receiver has no further recommendations or requests for approvals.

Respectfully submitted this 18th day of April, 2013.

FIRST ROCKFORD GROUP, INC.

By: _____
PaTricia E. Gibbs
Asst. General Counsel
6801 Spring Creek Rd.
Rockford, IL 61114
815.229.3000 (ph)/    815.229.3001 (fax)
trish@firstrockford.com



First Rockford Group

April 11, 2013

PaTricia Gibbs
First Rockford Group, acting Receiver for PNC
6801 Spring Creek Rd
Rockford, IL  61114

Ms. Gibbs,

Our marketing efforts for the property, 5035 26th Avenue, Rockford, IL include listing the property on LoopNet and CoStar, two leading commercial and industrial real estate websites. We have also placed signage in front of the property advertising it for sale.

We plan to market the property though local brokers and the Society of Industrial and Office Realtors (SIOR). The SIOR has a global network that will expand our reach beyond the Rockford Region.

Bharat Puri

EXHIBIT "A"