# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PNC BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-CV-1368-JAR |
| | ) |
| SM & JH, LLC, and STEPHEN C. MURPHY, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Extend Deadline for Designation of Neutral. [ECF No. 46] Upon consideration, Plaintiff's motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Deadline for Designation of Neutral [46] is **GRANTED** and the Court's Order Referring Case to Alternative Dispute Resolution (Doc. No. 43) is **VACATED**.

Dated this 23rd day of July, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE