Roof A - Existing PVC roofing system failing: ~~To replace roof = $~~ → NO Need Under Warranty
Existing walls have been re-flashed with like materials.  Membrane in field of roof is in bad shape.
Repairs on roof A - Existing pipe flashing needs to be flashed-in (only caulked)  Labor & Material $ 1000

Roof B - Existing single ply built up roof is failing:
The protective coating of the membrane has failed and the fiberglass mating is exposed.  In some areas water is migrating into roofing system.
Roof Works recommends the following repairs be made to roof B to insure a water tight system -
1.) Re-flash north wall with APP torchdown flashing. (Approx. 59'X2') Repair (3) other walls as needed.
2.) Install (approx 1200 Sqft.) of APP torchdown membrane to bad areas of existing roofing system.
Total Labor and material for roof B - $ 9315
To overlay existing roof and walls on roof B with an APP single ply system would cost $ 17,980

Roof C - (Approx. 4100 Sqft.) Rubber gaskets on securement screws of existing metal roof are cured out and should be replaced to keep system water tight.
Repairs on roof C - Re-install 40' of missing gutter at south edge. Approx. 27' of wall flashing has failed and needs to be re-flashed. Labor and material $ 9012

Roof D - (approx. 1400 Sqft.) Existing metal roof appears to be in good condition.  Old securement screws have been replaced recently.

Roof E - (approx 1220 Sqft.) Existing metal roof has had new securement screws installed recently.
Repairs on roof E - Approx. 61' along east wall needs to be re-sealed. Labor & material $ 2880

Roof F - (approx. 4600 Sqft.) Existing metal roof appears to be in good condition.
Repairs on roof F - Approx 100' of northeast wall counter flashing has failed and needs to be re-secured and flashing in.  Approx 21' of flashing along east wall needs to be secured and flashed in. labor & material $ 4665

Roof G - (approx. 700 Sqft.) Existing gravel BUR is in fair condition.
Repairs to roof G - Approx. 10' of metal cap flashing needs to be fabricated and installed.
Labor and Material $ 300

**EXHIBIT A**