**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, N.A.,            ) | |
|            ) | |
|        Plaintiff,       ) | |
|            ) | |
|      v.          ) | No. 4:12-CV-1368-JAR |
|            ) | |
| HEYER-MURPHY, LLC and    ) | |
| STEPHEN C. MURPHY,      ) | |
|            ) | |
|       Defendants.     ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Receiver's Motion to Approve Costs. (Doc. No. 49) In its motion, Receiver states that on August 22, 2013, it filed and served on the parties its July 2013 Report identifying certain portions of the roof on the subject property, known and numbered as 5035 26th Avenue, Rockford, Illinois, in need of repairs. Receiver attached a copy of an inspection report describing the repair work and setting out the cost of labor and materials. (Doc. No. 49-1) No objections having been made to the Receiver's July 2013 Report or to the inspection report and cost estimates, the Court will grant Receiver's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Receiver's Motion to Approve Costs [49] is **GRANTED**.

**IT IS FURTHER ORDERED** that the costs of the repairs identified in the Receiver's July 2013 Report and the inspection report attached to Receiver's motion as Exhibit A (Doc. No. 49-1) are approved.

Dated this 19th day of September, 2013.


JOHN A. ROSS
UNITED STATES DISTRICT JUDGE