UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PNC BANK, N.A.,

    Plaintiff,

v.

HEYER-MURPHY, LLC and
STEPHEN C. MURPHY,

    Defendants.

No. 4:12-CV-1368-JAR

## REPORT OF RECEIVER

Now Comes First Rockford Group, Inc. (the "Receiver"), by and through its in-house counsel, PaTricia E. Gibbs, and, pursuant to the Order Granting Possession and Appointing Receiver ("Appointing Order") entered by the Court herein on November 19, 2012, makes the following report (the "Report") concerning that certain improved real property commonly known as 5035 26th Avenue, Rockford, IL (the "Property.")

1. **PHYSICAL CONDITION**. Receiver did a cursory "drive-by" review to check the status of Tenant's move out. Tenant has vacated the premises. Receiver will conduct a follow-up building inspection to ensure there are no serious unreported problems.

2. **BROKERAGE**. While this property has been listed on multiple listings and the listing has had several views online, there has not been any further inquiry or interest generated this past month.

3. **INCOME/EXPENSE**. No unusual items of income or expense were presented to the Receiver or required attention during the preceding month. Income and expenses are as stated below from September 19, 2014 through October 16, 2014:

| Income Detail | | Expense | | Detail |
|---|---|---|---|---|
| $12,503.50 | (Base Rental) | $ 703.69 | | (Legal Fees) |
| | | $ 45.90 | | (1 hr Maintenance Fees) |
| | | $ 500.00 | | (Receiver Fee) |
| | | **$1,249.59** | | **Total Expenses** |

**$11,253.91**    (To be Remitted to Plaintiff for Mortgage Application.)

3.1 **Payments.** Following the passage of 14 days from the last Receiver's Report, the Receiver remitted the expenses and to the parties identified therein, including a payment to the Plaintiff in the amount $11,367.45. Following approval of this report, the Expenses described above will be paid, and the balance of funds will be remitted to the Plaintiff as provided for in the order appointing Receiver.

4. **RECOMMENDATIONS AND APPROVALS.** Receiver does not have any recommendations at this time.

Respectfully submitted this 16th day of October, 2014.

FIRST ROCKFORD GROUP, INC.

By: _____
Patricia E. Gibbs
Assistant General Counsel
6801 Spring Creek Rd.
Rockford, IL 61114
815.229.3000 (ph)/815.229.3001 (fax)
trish@firstmidwestgroup.com