UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PNC BANK, N.A.,

    Plaintiff,

v.                           No. 4:12-CV-1368-JAR

HEYER-MURPHY, LLC and
STEPHEN C. MURPHY,

    Defendants.

## REPORT OF RECEIVER

Now Comes First Rockford Group, Inc. (the "Receiver"), by and through its in-house counsel, PaTricia E. Gibbs, and, pursuant to the Order Granting Possession and Appointing Receiver ("Appointing Order") entered by the Court herein on November 19, 2012, makes the following report (the "Report") concerning that certain improved real property commonly known as 5035 26th Avenue, Rockford, IL (the "Property.")

1. **PHYSICAL CONDITION.** An inspection of the inside and outside of the premises was conducted by Receiver with the Tenant. Tenant still retains legal possession and has a number of value items left in the premises. No material problems or changes were observed.

2. **BROKERAGE.** Receiver and cooperating broker have received an offer to purchase the collateral which is the subject of the referenced court action at a price of $480,000.00. This is the first offer despite having been listed for two (2) years. The offer contains other customary and commercially reasonable terms including an investigation of the property for 30 days and a financing contingency for slightly longer. The cooperating broker has confidence the proposed buyer is ready and able, and a pre-approval letter has been requested. Receiver has not asked the Court to approve this sale because Plaintiff would like to submit a counter-offer. That counter was proposed to the prospective buyer at $575,000.00. We are waiting Buyer's response.

3. **INCOME/EXPENSE**. No unusual items of income or expense were presented to the Receiver or required attention during the preceding month. Income and expenses are as stated below from October 17, 2014 through November 18, 2014:

| Income Detail | | Expense | | Detail |
|---|---|---|---|---|
| $12,503.50 | (Base Rental) | $ | 560.00 | (Legal Fees) |
| | | $ | 229.50 | (5 hr Maintenance Fees) |
| | | $ | 500.00 | (Receiver Fee) |
| | | **$1,289.50** | | **Total Expenses** |

**$11,214.00**    (To be Remitted to Plaintiff for Mortgage Application.)

3.1 **Payments**. Following the passage of 14 days from the last Receiver's Report, the Receiver remitted the expenses and to the parties identified therein, including a payment to the Plaintiff in the amount $11,253.91. Following approval of this report, the Expenses described above will be paid, and the balance of funds will be remitted to the Plaintiff as provided for in the order appointing Receiver.

4. **RECOMMENDATIONS AND APPROVALS**. Receiver does not have any recommendations at this time.

Respectfully submitted this 18th day of November, 2014.

FIRST ROCKFORD GROUP, INC.

By: _____
Patricia E. Gibbs
General Counsel
6801 Spring Creek Rd.
Rockford, IL 61114
815.229.3000 (ph)/815.229.3001 (fax)
trish@firstmidwestgroup.com