UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-1368-JAR |
| ) | |
| HEYER-MURPHY, LLC and ) | |
| STEPHEN C. MURPHY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## FINAL REPORT OF RECEIVER

Now Comes First Rockford Group, Inc. (the "Receiver"), by and through its in-house counsel, PaTricia E. Gibbs, and, pursuant to the Order Granting Possession and Appointing Receiver ("Appointing Order") entered by the Court herein on November 19, 2012, makes the following final report (the "Final Report") concerning that certain improved real property commonly known as 5035 26th Avenue, Rockford, IL (the "Property.") This Final Report sets forth a summary of the Receiver's activities and findings, including the known physical and economic status of the Property.

1. **RECEIVER.** Receiver has completed the closing of the Property following the Court's direction. The Receiver will distribute the sale proceeds as directed by the Court.

2. **PROPERTY.** Proceeds from the sale were $511,268.50 as shown on the Settlement Statement attached hereto as Exhibit "A". All sums shown as paid on the statement were paid.

3. **RECEIPTS.** Funds on account from rent for May and June, prior to the sale, are $47,796.55. Accordingly, total funds on account are.

| | |
|---|---:|
| Funds from Sale of Property | $511,268.50 |
| Funds on account from rent for May/June - Prior to Sale | $47,796.55 |
| TOTAL: | <u>559,065.05</u> |

Page 1 of 2

4.  **EXPENSES**. Since the Receiver's last report to the Court, certain expenses were incurred and paid. These are:

| | |
|---|---:|
| May/June Legal Fees | ($8,378.50) |
| May/June Receiver Fees | ($1,000.00) |
| May/June Maintenance Hours (2 hrs) | ($91.80) |
| | ($9,470.30) |

The Receiver will incur additional final expenses estimated as follows:

| | |
|---|---:|
| Final Report and Order Legal Fees – 3 hour estimate | ($ 885.00) |
| Confirmation of Tax Status Accountant Fees – Estimated | ($ 500.00) |
| | ($1 385.00) |
| Total expenses: | **($10,855.30)** |

5.  **BALANCE.** Of the balance on hand, $510,000 is to be remitted to the Plaintiff, PNC Bank, N.A. Receiver will transmit these funds to PNC contemporaneously with the filing of this report. The balance of $38,209.75 (or such greater sum as is available for distribution following actual costs) are available for distribution as the Court directs. The Receiver requests the Court's direction.

| | |
|---|---:|
| Receipts | $559,065.05 |
| Payment to PNC Bank, N.A. | ($510,000.00) |
| Total Expenses: | ( $10,855.30) |
| Pending Court Directive: | **$ 38,209.75** |

Respectfully submitted this 2nd day of July, 2015.

FIRST ROCKFORD GROUP, INC.

By: _____
Patricia E. Gibbs,    General Counsel
#0621077
6801 Spring Creek Rd.
Rockford, IL 61114
815.229.3000 (ph)/815.229.3001 (fax)
trish@firstmidwestgroup.com